# Case Information

Return to search results

Cart is empty

Icon Keys | Summary | Parties | Events
Case Options & Payments | Hearings | Financial
File Location | Related Cases

Filter Events Dates: From To Filter

50 entries per page

Search:

| Select | Document Index | Clock-In Event Date | Event Creation Date | Event Description | Comment | Image | Certify |
|---|---|---|---|---|---|---|---|
| | 12 | 10/31/2025 | 10/31/2025 | NOTICE OF APPEARANCE | | | |
| | 11 | 10/30/2025 | 10/30/2025 | NOTICE OF APPEARANCE | | | |
| | 10 | 10/06/2025 | 10/09/2025 | SUMMONS RETURNED SERVED | DEFT. NORTHFIELD HOLDING CORP. | | |
| | 8 | 09/02/2025 | 09/02/2025 | General Differentiated Case Management Order | | | |
| | 9 | 09/02/2025 | 09/02/2025 | E-FILED SUMMONS | | | |

ADA SITE COMPLIANCE

| Select | Document Index | Clock-In Event Date | Event Creation Date | Event Description | Comment | Image | Certify |
|---|---|---|---|---|---|---|---|
| | | | | ISSUED | | | |
| | 1 | 08/27/2025 | 08/27/2025 | File Home Location - Electronic | | | |
| | 2 | 08/27/2025 | 08/27/2025 | General Differentiated Case Management Applies | | | |
| | 3 | 08/27/2025 | 08/27/2025 | CIVIL COVER SHEET | | | |
| | 4 | 08/27/2025 | 08/27/2025 | COMPLAINT | | | |
| | 5 | 08/27/2025 | 08/27/2025 | E-FILED REQUEST FOR SUMMONS TO BE ISSUED | | | |
| | 6 | 08/27/2025 | 08/27/2025 | REQUEST FOR DIVISION ASSIGNMENT (E-FILING) | | | |
| | 7 | 08/27/2025 | 08/27/2025 | DESIGNATION OF CURRENT MAILING AND E-MAIL ADDRESS | | | |

Showing 1 to 12 of 12 entries

« ‹ 1 › »

If no Icons Appear under the Image Column, click here to order copies of documents

Indicates document is ready to be viewed

Displays additional event information

Indicates document needs redaction review prior to public viewing

Indicates document is undergoing redaction

Indicates document is sealed by the Court Order or Confidential by Court rule. Image cannot be viewed

Click to purchase electronically certified copies of documents

Image Pending Review

If No Image Appears there is either no image available or document has not been converted to electronic image.

Exit Case Details

ACCESSIBILITY POLICY

© 2025- Hillsborough County Clerk of Court and Comptroller V=20250924.1