IN THE CIRCUIT/COUNTY COURT OF THE THIRTEENTH JUDICIAL CIRCUIT, IN AND FOR HILLSBOROUGH COUNTY, FLORIDA

BENJAMIN RASLAVICH, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SITUATED,

Plaintiff,

CASE NO.: 25-CA-008365

v.

NORTHFIELD HOLDING CORP. D/B/A FLORIDA WINDOW AND DOOR,

Defendant.

_______________________________________ /

## NOTICE OF APPEARANCE

Lizza Maldonado, Esq. of COLE, SCOTT & KISSANE, P.A. hereby gives notice of her appearance on behalf of Defendant, NORTHFIELD HOLDING CORP. D/B/A FLORIDA WINDOW AND DOOR, and request that copies of all motions, notices, and other pleadings heretofore or hereafter filed or served in this cause be furnished to the undersigned.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 31st of October, 2025, a true and correct copy of the foregoing was filed with the Clerk of Hillsborough County by using the Florida Courts e-Filing Portal, which will send an automatic e-mail message to the parties registered with the e-Filing Portal system.

COLE, SCOTT & KISSANE, P.A.
*Counsel for Defendant NORTHFIELD HOLDING CORP. D/B/A FLORIDA WINDOW AND DOOR*
222 Lakeview Avenue, Suite 500
West Palm Beach, Florida 33401
Telephone 561-383-9268
Facsimile 561-683-8977
Primary e-mail: lizza.maldonado@csklegal.com
Alternative e-mail: kerri.zloch@csklegal.com

By: */s/ Lizza Maldonado*
LIZZA MALDONADO
Florida Bar No.: 1002945