**IN THE CIRCUIT COURT OF THE THIRTEENTH JUDICIAL CIRCUIT IN AND FOR HILLSBOROUGH COUNTY, FLORIDA**

Benjamin Raslavich, *individually and on behalf of all others similarly situated,*

Plaintiff

v.

Northfield Holding Corp. d/b/a Florida Window and Door,

Defendant.
_____________________________________/

CASE NO.:

**NOTICE OF APPEARANCE AND DESIGNATION OF EMAIL ADDRESS PURSUANT TO FLORIDA RULE OF JUDICIAL ADMINISTRATION 2.516**

YOU ARE NOTIFIED that Carlos E. Cedeno III, Esquire of the law firm of Kuhn Raslavich, P.A., is appearing as counsel of record for Plaintiff, Benjamin Raslavich, individually and on behalf of all others similarly situated,. Motions and other papers should be served on the undersigned.

Carlos@thekrfirm.com
Service1@thekrfirm.com

**CERTIFICATION OF SERVICE**

I DO HEREBY CERTIFY that on August 27, 2025 a true and correct copy of this document was filed with the Clerk of Court using the Florida e-portal which will send notice of electronic filing and a copy of this document to all counsel of record.

/s/ *Carlos E. Cedeno III*
**CARLOS CEDENO, ESQ.**
Florida Bar No.: 1054291
**KUHN RASLAVICH, P.A.**
2110 West Platt Street
Tampa, Florida 33606
Telephone: (813) 422 - 7782
Facsimile: (813) 422 - 7783
Carlos@theKRfirm.com
Counsel for Plaintiff