**IN THE CIRCUIT COURT OF THE THIRTEENTH JUDICIAL CIRCUIT**
**IN AND FOR HILLSBOROUGH COUNTY, FLORIDA**

Benjamin Raslavich, *individually and on behalf of all others similarly situated,*

Case Number: ________________________
Division: _______Tampa__________

____________________________________
____________________________________
Plaintiff(s)/Petitioner(s)

vs

Northfield Holding Corp. d/b/a Florida Window and Door
____________________________________
____________________________________
Defendant(s)/Respondent(s)

**REQUEST FOR DIVISION ASSIGNMENT**

This is a request based on local Administrative Order(s) for the Clerk of the Court to assign the above styled case in the:

☒ Tampa Division

☐ East Division (check all that apply):

- ☐ The Defendant resides within the East Division boundaries;
- ☐ The cause of action occurred within the East Division boundaries;
- ☐ The property in litigation is located within the East Division boundaries

☐ Prior Division (Please indicate Case Number and Division of previously filed action: )
__________________

I understand that the actual division assignment will be in accordance with the Hillsborough County Administrative Orders. If there is no supported request for specific division assignment, this action will be assigned a division based on a random and equitable distribution system.

Name of Attorney: Carlos E. Cedeno, Esq
Address: 2110 West Platt Street, Tampa, Fl 33606
Phone: 813-422-7782
Email: Carlos@thekrfirm.com; service1@thekrfirm.com

(Revised 08/12/2020)