Filing # 230376032 E-Filed 08/27/2025 04:08:54 PM

**IN THE CIRCUIT COURT OF THE THIRTEENTH JUDICIAL CIRCUIT, IN AND FOR HILLSBOROUGH COUNTY, FLORIDA**

Benjamin Raslavich, *individually and on behalf of all others similarly situated,*

Plaintiff(s)

Number: ______________________

Division: Tampa_____________

vs

Northfield Holding Corp. d/b/a Florida Window and Door

Defendant(s)

**REQUEST FOR ISSUANCE OF SUMMONS**

I am requesting that the Clerk of Court issue a summons as outlined below. I understand that a separate request must be submitted for each party to be served. Issued summons and the Differentiated Case Management order will be entered onto the progress docket of the respective case and it is the responsibility of the requester to download from hover.hillsclerk.com. Issued summons should be available within 2 business days after the request is submitted. The Party Name and Address indexed by the filer when creating a new action will be used when issuing Initial Summons.

1. Type of Process: (choose one)

■ Initial Summons ☐ Alias Summons [1] ☐ Pluries Summons [1]

[1] Either an Affidavit of Lost Summons or Return of Service for Initial or Alias Summons must be filed with Clerk prior to issuance.

2. Type of summons: (choose one)

☒ Standard Summons

Indicate days to respond: ☒ 20 ☐ 30 ☐ 45 ☐ 60 ☐ Other _____

☐ Non-Residential Eviction

☐ with Mailing ☐ No Mailing Required

☐ Residential Eviction

☐ 5 day only ☐ 5 day with 20 day attached

☐ with Mailing ☐ No Mailing Required

☐ Small Claims – Notice to Appear for Pre-Trial Conference

Name, phone number and/or email address to contact if there are any issues with request: _______________

Carlos E. Cedeno, Esq; 813-422-7782; Carlos@thekrfirm.com; service1@thekrfirm.com