# VERIFIED RETURN OF SERVICE

Job # 81708

**Client Info:**

Kuhn Raslavich, P.A.
2110 West Platt Street
Tampa, FL 33606

**Case Info:**

**PLAINTIFF:**
Benjamin Raslavich,
-versus-
**DEFENDANT:**
Northfield Holding Corp. d/b/a Florida Window and Door,

13TH JUDICIAL CIRCUIT
Court Division: HILLSBOROUGH COUNTY

County of HILLSBOROUGH, FLORIDA
Court Case # **25-CA-008365**

**Service Info:**

**Received by James Muller: on September, 11th 2025** at **12:39 PM**
**Service:** I Served **Northfield Holding Corp. d/b/a Florida Window and Door,**
With: **DIFFERENTIATED CASE MANAGEMENT ORDER AND NOTICE OF HEARING ON 3/11/2026 AT 3:30 PM, SUMMONS, COMPLAINT, NOTICE OF APPEARANCE AND DESIGNATION OF EMAIL ADDRESS PURSUANT TO FLORIDA RULE OF JUDICIAL ADMINISTRATION 2.516**
by leaving with **Lee Santiago, RECEPTIONIST - AUTHORIZED TO ACCEPT**

**At Business 1125 N DIXIE HWY, UNIT D LAKE WORTH, FL 33460**
On **10/1/2025** at **04:55 PM**
**Manner of Service: CORPORATE**
CORPORATE SERVICE: F.S. 48.081 (1),(2),(3)(a)(b),(4)(a)(b),(5)(a)(b)(c),(6),(7)

**Served Description: (Approx)**

Age: **36**, Sex: **Female**, Race: **White-Caucasian**, Height: **5' 03"**, Weight: **125**, Hair: **Black** Glasses: **Yes**

I **James Muller** acknowledge that I am 18 years or older, authorized to serve process, in good standing in the jurisdiction wherein the process was served, and I have no interest in the above action. Under penalties of perjury, I declare that I have read the foregoing document and that the facts stated in it are true.

**James Muller**
Lic # **234**

**Accurate Serve Tampa**
P.O. Box 5141
Lakeland, FL 33807

Client # 5-CA-008365
Ref # MIA26014

INITIALS: JM ID # 234
DATE: 10/1/2025 TIME: 04:55 PM
MILITARY: NA
MARITAL STATUS: NA

**IN THE CIRCUIT/COUNTY COURT OF THE THIRTEENTH JUDICIAL CIRCUIT,**
**IN AND FOR HILLSBOROUGH COUNTY, FLORIDA**

**BENJAMIN RASLAVICH, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SITUATED**
Plaintiff(s)
vs
**NORTHFIELD HOLDING CORP. D/B/A FLORIDA WINDOW AND DOOR**
Defendant(s)

Case Number.: **25-CA-008365**

Division F

## SUMMONS

**THE STATE OF FLORIDA**:
To Each Sheriff of the State:

**YOU ARE COMMANDED** to serve this summons and a copy of the complaint or petition in this action on defendant(s)

**NORTHFIELD HOLDING CORP. D/B/A FLORIDA WINDOW AND DOOR**
**1125 N Dixie Highway, Unit D**
**Lake Worth FL 33460**

Each defendant is required to serve written defenses to the complaint or petition on **CARLOS EDUARDO CEDENO, III**, plaintiff's attorney, whose address is **MR CARLOS CEDENO III 2110 W PLATT ST TAMPA FL 33606-7782** within 20[1] days after service of this summons on that defendant, exclusive of the day of service, and to file the original of the defenses with the clerk of this court either before service on plaintiff's attorney or immediately thereafter. If a defendant fails to do so, a default will be entered against that defendant for the relief demanded in the complaint or petition.

**DATED** on September 2, 2025.

Attorney: CARLOS EDUARDO CEDENO, III
Attorney For: Benjamin Raslavich
Address: MR CARLOS CEDENO III
2110 W PLATT ST
TAMPA FL 33606-7782

Florida Bar No: 1054291

VICTOR D. CRIST,
CLERK OF THE CIRCUIT COURT

25-CA-008365 9/2/2025 10:44:34 AM

VICTOR D. CRIST, CLERK

25-CA-008365 9/2/2025 10:44:34 AM
Prepared By:Lorelys Plaud, Deputy Clerk

P.O. Box 3360
Tampa, FL 33601

800 E Twiggs St
Room 101
Tampa FL 33602

(813)276-8100

Florida Rules of Civil Procedure Form 1.902(a), Summons (05/04/2020)