**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

Benjamin Raslavich, *individually*
*on behalf of all others similarly situated,*

Plaintiff, CASE NO: 8:25-cv-02985-JLB-CPT

vs.

Northfield Holding Corp.
d/b/a Florida Window & Door,

Defendant.
______________________________/

**JOINT STIPULATION FOR VOLUNTARY DISMISSAL**

It is hereby stipulated by and between Plaintiff, Benjamin Raslavich ("Plaintiff"), and Defendant, Northfield Holding Corp. d/b/a Florida Window & Door ("Defendant") (Plaintiff and Defendant hereinafter collectively referred to as the "Parties"), pursuant to the terms of a certain Confidential Settlement Agreement and Release (the "Agreement") dated February 24, 2026 that the individual claims contained in Complaint filed by Plaintiff on October 31, 2025 be dismissed, with prejudice, and the class action claims within the Complaint be dismissed, without prejudice, and that each Party shall bear their own attorneys' fees and costs.

Respectfully submitted,

**KUHN RASLAVICH P.A.**
*Attorneys for Plaintiff*
2110 West Platt Street
Tampa, FL 33606
Telephone: (813) 422-7782
Facsimile: (813) 422-77832
Email: carlos@theKRfirm.com

By: */s/Carlos E. Cedeno*
CARLOS E. CEDENO
FBN: 1054291

**COLE, SCOTT & KISSANE, P.A.**
*Attorneys for Defendant*
Esperanté Building
222 Lakeview Avenue, Suite 500
West Palm Beach, FL 33401
Telephone: (561) 383-9200
Email: lizza.maldonado@csklegal.com
Email: justin.kolnick@csklegal.com

By: */s/ Justin M. Kolnick*
LIZZA C. MALDONADO
FBN: 1002945

JUSTIN M. KOLNICK
FBN: 1059202

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this March 5, 2026, a true and correct copy of the foregoing has been furnished by electronic filing with the Clerk of Court via CM/ECF, which will send an automatic e-mail message to all counsel of record.

By: *<u>/s/ Justin M. Kolnick</u>*
JUSTIN M. KOLNICK
Florida Bar No.: 1002945