**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

Benjamin Raslavich, *individually*
*on behalf of all others similarly situated,*

Plaintiff, CASE NO: 8:25-cv-02985-JLB-CPT

vs.

Northfield Holding Corp.
d/b/a Florida Window & Door,

Defendant.
______________________________/

**AGREED ORDER ON JOINT STIPULATION FOR**
**<u>VOLUNTARY DISMISSAL OF ACTION</u>**

THIS CAUSE having come before the Court on the Joint Stipulation for Voluntary Dismissal, with Prejudice, between Plaintiff, Benjamin Raslavich ("Plaintiff"), and Defendant, Northfield Holding Corp. d/b/a Florida Window & Door ("Defendant") (Plaintiff and Defendant hereinafter collectively referred to as the "Parties"), and the Court, having reviewed the file, having been informed that the Parties are in agreement, and being otherwise fully advised, it is hereby

**ORDERED**:

1. The individual claims contained within the Complaint filed by Plaintiff on October 31, 2025, are hereby dismissed, with prejudice, and the class claims contained within the Complaint are hereby dismissed, without prejudice, with the Parties bearing their own attorneys' fees and costs.
2. The Court shall retain jurisdiction to enforce the Confidential Settlement Agreement and Release executed by the Parties.

**DONE AND ORDERED** this ___ of March 2026, in Chambers, at, Florida.

____________________________________

**HON. JOHN L. BADALMENTI**
**UNITED STATES DISTRICT JUDGE**